JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-03490-SSS-DTBx | Date | July 24, 2026 |
| Title | *Dominique Sherow v. LGND Supply Co., LLC* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER DISMISSING PLAINTIFF'S COMPLAINT FOR FAILURE TO PROSECUTE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**

On June 18, 2026, the Court granted Plaintiff's counsel's motion to withdraw. ["Order," Dkt. No. 21]. The Court directed Plaintiff to file: "a notice indicating whether Plaintiff intends to proceed in this matter without counsel; and (2) provide the Court with a current mailing address." [*Id*. at 2]. The Court set a deadline for July 17, 2026. The Court warned that failure to comply would result in the dismissal of the action. [Order at 2]. To date, Plaintiff has failed to comply with the Court's order.

Federal Rule of Civil Procedure 41(b) grants the Court authority to sua sponte dismiss actions for failure to prosecute or failure to comply with court orders. *See* Fed. R. Civ. P. 41(b); *Wolff v. California*, 318 F.R.D. 627, 630 (C.D. Cal. 2016). Plaintiffs must prosecute their cases with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b). *Anderson v. Air W., Inc.*, 542 F.2d 522, 524 (9th Cir. 1976). Plaintiff has failed to comply with the Court's Order, and coupled with counsel's representation that Plaintiff has been unresponsive since May 2026, it appears that Plaintiff has abandoned her case. Before dismissing an action for either failure to prosecute, failure to obey a court order, or failure to

follow the local rules, a court must weigh several factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions. *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (dismissing a case for failure to follow local rules); *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002) (dismissing a case for failure to prosecute or to comply with a court order). The Court need not explicitly weigh these factors. *See Ghazali*, 46 F.3d at 53–54.

The Court finds that dismissal is appropriate. Both the Court and the public benefit from the expeditious resolution of this action because further delay will impede judicial efficiency. *See Pagtalunan*, 291 F.3d at 642 ("fail[ing] to pursue the case for almost four months" favors dismissal). Plaintiff has failed to respond to the Court's orders without explanation. Further, an additional delay will prejudice Defendants. *See Sw. Marine Inc. v. Danzig*, 217 F.3d 1128, 1138 (9th Cir. 2000) ("Unreasonable delay is the foundation upon which a court may presume prejudice."). Moreover, less drastic sanctions are not realistic. The Court has already issued an order, which fulfilled its "obligation to warn the plaintiff that dismissal is imminent." *Oliva v. Sullivan*, 958 F.2d 272, 274 (9th Cir. 1992). "[A] district court's warning to a party that his failure to obey the court's order will result in dismissal can satisfy the 'consideration of alternatives' requirement." *Ferdik v. Bonzelet*, 963 F.2d 1262 (9th Cir. 1992) (quoting *Malone v. U.S. Postal Serv.*, 833 F.2d 128, 132–33 (9th Cir. 1987)). In sum, the Court concludes that four of the five factors weigh in favor of dismissing this action. *See Pagtalunan*, 291 F.3d at 643 (affirming dismissal where three factors favored dismissal).

Accordingly, the Court **DISMISSES** Plaintiff's action for failure to prosecute and failure to comply with Court orders. The Court **DIRECTS** the Clerk of Court to close the case. (JS-6)

**IT IS SO ORDERED.**